**UNITED STATES BANKRUPTCY COURT**
**District of Maryland (Greenbelt)**

IN RE:  
Debtors: Gladstone A Dainty

Case No.: 13-21911  
Loan Number (Last 4): 0593

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Citibank, N.A., as Trustee, in trust for registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE2 Trust</u> | <u>Citibank, N.A. as Trustee for WaMu Asset-Backed Ce</u> |
| <u>Serviced by Select Portfolio Servicing, Inc.</u> | <u>Chase Records Center</u> |
| Name of Transferee | Name of Transferor |
| 3815 South West Temple | Court Claim # (if known): <u>24</u> |
| Salt Lake City, UT 84115 | Amount of Claim: <u>$721,795.16</u> |
| | Date Claim Filed: <u>11/18/2013</u> |
| Phone: <u>800-258-8602</u> | Last Four Digits of Acct #: <u>2072</u> |
| Last Four Digits of Acct #: <u>0593</u> | |

Name and Address where transferee payments should be sent (if different from above):  
PO Box 65450  
Salt Lake City, UT 84165

Phone: <u>800-258-8602</u>  
Last Four Digits of Acct #: <u>0593</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Gina Hiatt</u>    Date: <u>05/28/2014</u>  
BK Management

Specific Contact Information:  
P: 800-258-8602  
Gina.Hiatt@spservicing.com

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

456336-d683af97-e18e-4e62-a1c8-1b084859b7c9