| UNITED STATES BANKRUPTCY COURT<br>**District of Maryland (Greenbelt)** | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor:<br>Gladstone A Dainty | Case Number:<br>13-21911 | |
| Name of Creditor:<br>HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2 | | **COURT USE ONLY** |
| Name of Current Servicer of account:<br>Nationstar Mortgage, LLC | | |
| Name and Address where notices should be sent:<br>Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741<br><br>Telephone Number: 877-343-5602 | | X Check this box if you are changing the address that notices will go to. |
| Name and Address where payments should be sent (if different from above):<br>Nationstar Mortgage, LLC<br>PO Box 619094<br>Dallas, TX  75261-9741 | | X Check this box if you are changing the address that payments will go to. |
| **1. Account Number: 3026** | | _ Check this box if the account number has changed. |

2. Signature

   Check the appropriate box.
   ☐ I am the creditor.
   ☑ I am the creditor's authorized agent (Attached copy of power of attorney, if any.)
   ☐ I am the trustee, or the debtor.
   ☐ I am a guarantor, surety, indorser, or other codebtor.

   /s/ Michael Daniels                              Date:  04/01/2015
   Michael Daniels - Assistant Secretary

1249832-edc3fc29-e123-46ec-b0ba-30ca184224fb-

# UNITED STATES BANKRUPTCY COURT

District of Maryland (Greenbelt)

Chapter 11 No. 13-21911

In re:  Judge: Judge Thomas J. Catliota

Gladstone A Dainty

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, and have noticed the US Bankruptcy Court by U.S. Mail, postage pre paid.

Debtor: Gladstone A Dainty
17551 Eleanor Ln
Upper Marlboro, MD 20774-8926

Debtor's Attorney: James Greenan
McNamee, Hosea, et. al.
6411 Ivy Lane
Suite 200
Greenbelt, MD 20770

/s/ Bill Taylor - Member of 4 S Technologies, LLC,

Authorized Agent for Nationstar Mortgage LLC,

through Walz Group as mailing agent

1249832-c2d0fbb0-fe25-4ab5-a3c9-3d1e57eb24e2-