| UNITED STATES BANKRUPTCY COURT<br>District of Maryland (Greenbelt) | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor:<br><br>Gladstone A Dainty | Case Number:<br><br>13-21911 | |
| Name of Creditor:<br><br>HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2 | | **COURT USE ONLY** |
| Name of Current Servicer of account:<br><br>Nationstar Mortgage, LLC | | |
| Name and Address where notices should be sent:<br><br>Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741<br><br><br>Telephone Number: 877-343-5602 | | X Check this box if you are changing the address that notices will go to. |
| Name and Address where payments should be sent (if different from above):<br><br>Nationstar Mortgage, LLC<br>PO Box 619094<br>Dallas, TX  75261-9741 | | X Check this box if you are changing the address that payments will go to. |
| **1. Account Number: 8421** | | __ Check this box if the account number has changed. |

2.   Signature
      Check the appropriate box.
      ☐ I am the creditor.
      ☑ I am the creditor's authorized agent (Attached copy of power of attorney, if any.)
      ☐ I am the trustee, or the debtor.
      ☐ I am a guarantor, surety, indorser, or other codebtor.


              /s/ Michael Daniels_____     Date:  04/02/2015
              Michael Daniels - Assistant Secretary

# UNITED STATES BANKRUPTCY COURT

## District of Maryland (Greenbelt)

Chapter 11 No. 13-21911

Judge: Judge Thomas J. Catliota

In re:

Gladstone A Dainty

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, and have noticed the US Bankruptcy Court by U.S. Mail, postage pre paid.

Debtor:        Gladstone A Dainty
               17551 Eleanor Ln
               Upper Marlboro, MD 20774-8926


Debtor's Attorney:    James Greenan
                      McNamee, Hosea, et. al.
                      6411 Ivy Lane
                      Suite 200
                      Greenbelt, MD 20770


/s/ Bill Taylor - Member of 4 S Technologies, LLC,

Authorized Agent for Nationstar Mortgage LLC,

through Walz Group as mailing agent

1258981-4caecff1-5a6b-462c-bb4c-863e8084b0f4-