
Entered: July 07, 2015
Signed: July 06, 2015
SO ORDERED
For the reasons stated on the record at the hearing held on July 1, 2015.



THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### Greenbelt Division

```
-----------------------------------------------------------X
In re:                                          :    Chapter 11
                                                :
Gladstone Dainty                                :    Case No.  13-21911-TJC
            Debtor.                             :
                                                :
-----------------------------------------------------------X
```

## ORDER CONFIRMING CHAPTER 11 PLAN

Upon consideration of the Chapter 11 Plan of Reorganization (the "Plan", Docket Entry #172) filed by Gladstone Dainty (the "Debtor"); and any objections thereto (the objection of SummitBridge National Investments III, LLC having been withdrawn); and upon consideration of the evidence and arguments presented to the Court at a hearing held on July 1, 2015, and it appearing that the relief granted herein is in the best interests of the bankruptcy estate, its creditors and other parties in interest; and upon due deliberation, good and sufficient cause appearing,

IT IS HEREBY FOUND THAT:

A. The Debtor properly served the Plan, the related Disclosure Statement, an applicable ballot, the Order Approving Disclosure Statement and Notice of Hearing on Confirmation of the

Plan on all creditors and other parties in interest consistent with the requirements of the Bankruptcy Code and the Bankruptcy Rules;

    B. Notice of the hearing on confirmation of the Plan was proper and no further notice is required.

    C. All parties in interest have had the opportunity to object to the relief granted by this Order.

    D. The Plan, as modified herein, satisfies all of the requirements of Sections 1123 and 1129 of the Bankruptcy Code.

    NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

    1.    To the extent that any objections have not been withdrawn or resolved by stipulation prior to the entry of this Order or are not resolved by the relief granted herein or as stated on the record of the hearing, all such objections are hereby OVERRULED.

    2.    The Court finding that it is proper to do so under the circumstances of this case, the Court allows the amended ballots of SummitBridge National Investments III, LLC, accepting the plan in Classes D5 A, B and C, and E1, and accordingly finds that Classes D4, D5 A, B and C, and E1, accept the Plan.

    3.    As the modifications to the Plan as set forth in this Order have no adverse impact on creditors, no further notice or disclosure is required.

    4.    The DEBTOR'S CHAPTER 11 PLAN Dated March 24, 2015 (Docket #172), is CONFIRMED as modified as set forth herein:

        A.    Article 3.1 of the Plan is amended so that the second to last sentence reads "Within this class are all pre-confirmation fees payable to the U.S. Trustee pursuant to 28 U.S.C. § 1930(a)(6), **and all real property taxes on 1943 Vermont Ave., Washington DC**, which shall be paid on the effective date of the Plan, if not paid sooner." (material added is in bold).

5. The Debtor is authorized and empowered to issue, execute and deliver such documents and instruments and to take such action as may be necessary to implement the Plan and the actions authorized by this Order.

6. Notwithstanding anything to the contrary, this Court retains jurisdiction in this bankruptcy case in accordance with the provisions set forth in Article V of the Plan.

CC:

Debtor
Counsel for Debtor
U.S. Trustee
All creditors and parties in interest

END OF ORDER