**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | * | |
| **GLADSTONE A. DAINTY** | * | Case No: 13-21911 |
| | | Chapter 11 |
| | * | |
| Debtor. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR SUBSTITUTION OF COUNSEL

The Counsel of Unit Owners of the Fairmont 1005 Condominium, by and through undersigned counsel, hereby moves for the entry of an order substituting counsel, and in support of thereof respectfully states as follows:

1. On October 22, 2014, Justin P. Fasano ("Mr. Fasano") of Whiteford, Taylor and Preston, LLP ("WTP") filed a *Notice of Appearance and Request for Notices and Service of Papers* in this case on behalf of The Counsel of Unit Owners of the Fairmont 1005 Condominium.

2. Mr. Fasano's last day at WTP was August 21, 2015.

3. The Counsel of Unit Owners of the Fairmont 1005 Condominium wishes to substitute Cara C. Murray as its counsel in this proceeding.

WHEREFORE, The Counsel of Unit Owners of the Fairmont 1005 Condominium respectfully requests that this Court enter the attached Order Substituting Counsel for the purpose of substituting Cara C. Murray as its counsel in this proceeding.

Dated:  September 18, 2015           Respectfully submitted,


                                                    /s/ *Cara C. Murray*
                                                    WHITEFORD, TAYLOR & PRESTON, LLP
                                                    Cara C. Murray, Bar No. 28843
                                                    Seven Saint Paul Street, 13th Floor
                                                    Baltimore, Maryland 21202-1636
                                                    (410) 347-8700

                                                    *Counsel for The Counsel of Unit Owners of the Fairmont 1005 Condominium*


## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2015, a copy of the foregoing *Motion for Substitution of Counsel* was served via electronic noticing to all parties receiving notice thereby


                                                    /s/ *Cara C. Murray*
                                                          Counsel