Entered: September 23, 2015
Signed: September 22, 2015

SO ORDERED



THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

In re:                                          *

**GLADSTONE A. DAINTY**            *            Case No:  13-21911
                                                Chapter 11
                                                *

            Debtor.                             *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

UPON CONSIDERATION of the *Motion for the Substitution of Counsel* (the "Motion to Substitute"), and good cause being shown, it is hereby, by the United States Bankruptcy Court for the District of Maryland,

ORDERED that the Motion to Substitute is GRANTED; and it is further

ORDERED the appearance of Mr. Fasano as counsel of record for The Counsel of Unit Owners of the Fairmont 1005 Condominium in this case is hereby deemed withdrawn; and is further

ORDERED that Cara C. Murray is substituted as counsel of record for The Counsel of Unit Owners of the Fairmont 1005 Condominium, in this case.

**END OF ORDER**

*100280*