

**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| In re:<br><br>**GLADSTONE A. DAINTY,**<br><br>Debtor. | Case No. 13-21911-TJC<br>Chapter 11 |

### CONSENT ORDER RESOLVING MOTION TO CONVERT CASE TO CHAPTER 7, DISMISS CASE OR, IN THE ALTERNATIVE <u>COMPEL PAYMENT OF QUARTERLY FEES</u>

Upon consideration of the United States Trustee's Motion to Convert Case to Chapter 7, Dismiss Case, or, in the Alternative, Compel Payment of Quarterly Fees, and the parties consent to the terms of this Order; IT IS for the United States Bankruptcy Court for the District of Maryland hereby

ORDERED, that the Debtor shall file timely all future operating reports until the case is converted or dismissed or closed by final decree, whichever occurs first; and it is further

ORDERED that the Debtor shall pay timely all quarterly fees pursuant to 28 U.S.C. § 1930, until the case is converted or dismissed or closed by final decree, whichever occurs first; and it is further

ORDERED that if the Debtor fails to comply with the terms of this order in any respect, the United States Trustee may file a Notice of Default advising the Court of such non-

compliance and that the case should be dismissed or converted, without further hearing. Ten (10) days prior to the filing of any such Notice of Default, the United States Trustee shall provide notice of the United States Trustee's intent to file a Notice of Default to: (i) counsel for the Debtor; and (ii) all creditors of the Debtor, including their respective counsel, to provide an opportunity to cure the default prior to the filing of the Notice with the Court.

| | |
|---|---|
| /s/Daniel M. Press         . | /s/ Leander D. Barnhill         . |
| Daniel M. Press, Esquire, Bar No.: 07300 | Leander D. Barnhill, Bar No. 16971 |
| CHUNG & PRESS, P.C. | Trial Attorney |
| 6718 Whittier Ave., Suite 200 | 6305 Ivy Lane, Suite 600 |
| McLean, VA  22101 | Greenbelt, MD  20770 |
| (703) 734-3800 | (301) 344-6216 |
| Fax: (703) 734-0590 | Fax: (301) 344-8431 |
| Email: dpress@chung-press.com | Email: leander.d.barnhill@ysdoj.gov |
| | |
| *Counsel for Debtor* | *Counsel for the United States Trustee, Judy A. Robbins* |

### Certification Pursuant to Admin. Order 03-02

I HEREBY CERTIFY that the terms of the foregoing Consent Order (the "Consent Order") submitted to the Court are identical to those set forth in the original Consent Order, and the signatures represented by the   /s/   on the copy of the Consent Order submitted to the Court reference the signatures of consenting parties obtained on the original Consent Order.

　　　　　　　　　　　　　　　　　　　　　　 /s/Leander D. Barnhill       
　　　　　　　　　　　　　　　　　　　　　　Leander D. Barnhill

cc:　　Debtor
　　　　Debtor's Counsel
　　　　All Creditors
　　　　Office of the U.S. Trustee

**END OF ORDER**

2