Entered: October 30th, 2018
Signed: October 29th, 2018

**SO ORDERED**



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Gladstone A. Dainty | : | |
| | : | |
| | : | Case No: 13-21911 |
| Debtor | : | Chapter 11 |
| | : | |
| Fairmont 1005 Condominium Association | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| Gladstone A. Dainty | : | |
| | : | |
| and | : | |
| | : | |
| U.S. Trustee | : | |
| Trustee | : | |
| | : | |
| Respondents. | : | |

CONSENT ORDER MODIFYING AUTOMATIC STAY

Upon consideration of the Movant's filing of the Motion to Lift Stay, , the Debtor's Response, and the consent of the parties hereto, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the automatic stay imposed by 11 U.S.C. 362(a) is hereby modified so that Movant, Fairmont 1005 Condominium Association may bring suit against the Debtor for post-petition amounts claimed due only, totaling $29,172.00, unless the Debtor makes a lump sum payment in the amount of $20,000.00 on or before January 31, 2019.  Movant agrees to waive future assessments (against Debtor but not a subsequent owner) for a period of twelve months, beginning with the November 2018 assessment, provided the $20,000 is timely paid.

ORDERED, that should the Debtor fail to pay as agreed, this Court shall, upon the filing and service upon Debtor and Debtor's counsel of an Affidavit of Default in this proceeding by Movant or its counsel of record, enter an Order permitting the institution of legal proceedings against the Debtor for post-petition amounts due only. No further hearing will be required for the entry of such an Order and such an Order may be entered at any time after the expiration of eleven (11) days following the filing of an Affidavit of Default and service upon Debtor and his counsel of record.  If Debtor within eleven (11) days following service of said Affidavit of Default, delivers payment in full of the delinquency pursuant to this Court's Order or objects to the Affidavit of Default showing proof of timely payment, the Stay shall be deemed continued.

Consented to:

_____/s/_____
Daniel M. Press
Attorney for the Debtor
Chung & Press, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
dpress@chung-press.com


_____/s/_____
Angela Tonello, Esq.
Attorney for the Movant
Cameron Mericle, PA
7875 Belle Point Drive
Greenbelt, MD 20770
(301) 474-2044
atonello@cameronmericle.com

 I HEREBY CERTIFY that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order; and the signatures represented by /s/ on this copy reference the signatures of consenting parties on the original consent order.

        _____/s/_____
        Angela Tonello, Esq.

**Copies Mailed to:**

US Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770

Daniel M. Press
Attorney for the Debtor
Chung & Press, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101

Angela Tonello, Esq.
Attorney for the Movant
7875 Belle Pointe Drive
Greenbelt, MD  20770

        END OF ORDER