B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Maryland ▼

In re Gladstone Dainty,                    Case No. 13-21911

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Veripro Solutions | HSBC Bank USA, N.A., et al c/o Nationstar |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Veripro Solutions, Inc.
PO BOX 3572 Coppell, TX 75019

Phone: 469-426-3081
Last Four Digits of Acct #: 60

Court Claim # (if known): 26
Amount of Claim: $55,065.57
Date Claim Filed: 12/12/2013

Phone: 800-766-7751
Last Four Digits of Acct. #: 8421

Name and Address where transferee payments should be sent (if different from above):

Veripro Solutions, Inc.
PO BOX 3244 Coppell, TX 75019

Phone: 469-426-3081
Last Four Digits of Acct #: 60

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Shauntel Walton                    Date: 10/30/2018
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.