UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

In re:

    Gladstone A Dainty                        Chapter 11
                                                           Case No. 13-21911-TJC

    Debtor

_____

## NOTICE OF APPEARANCE

Please take notice that Orlans PC has been retained as Attorney for Creditor, HSBC Bank USA, National Association as Trustee for the Holders of the Ellington Loan Acquisition Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date:  8/10/2020

                                                 Respectfully submitted,

                                                 /s/ Paul J. Moran
                                                 John E. Tarburton, Bar #26398
                                                 Paul J. Moran, Bar #19595
                                                 Elizabeth M. Abood-Carroll, Bar #20631
                                                 Orlans PC
                                                 PO Box 2548
                                                 Leesburg, VA 20177
                                                 (703) 777-7101
                                                 Attorneys for HSBC Bank USA, National Association as Trustee for the Holders of the Ellington Loan Acquisition Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2
                                                 jtarburton@orlans.com
                                                 pmoran@orlans.com
                                                 eabood-carroll@orlans.com

## **CERTIFICATE OF SERVICE**

The undersigned states that on August 10, 2020, copies of the foregoing Notice of Appearance were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

L. Jeanette Rice
6305 Ivy Lane, Suite 600
Greenbelt, MD (301) 344-6220
Jeanette.Rice@usdoj.gov
*Assistant U.S. Trustee*

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
dpress@chung-press.com
*Debtor's Attorney*

Brett Weiss
The Weiss Law Group, LLC
6404 Ivy Land, Suite 650
Greenbelt, MD 20770
brett@bankruptcylawmaryland.com

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Appearance to the following non-ECF participants:

Gladstone A Dainty
17551 Eleanor Ln
Upper Marlboro, MD 20774
*Debtor*

                                                          /s/ Paul J. Moran
                                        John E. Tarburton, Esquire
                                        Paul J. Moran, Esquire
                                        Elizabeth M. Abood-Carroll, Esquire