## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MARYLAND
### Greenbelt Division

In re: GLADSTONE A DAINTY

Debtor(s)

Case No. 13-21911

☐ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/31/2025

Petition Date: 07/12/2013

Plan Confirmed Date: 07/07/2015

Plan Effective Date: 07/22/2015

This Post-confirmation Report relates to:  ● Reorganized Debtor

○ Other Authorized Party or Entity: GLADSTONE A DAINTY
Name of Authorized Party or Entity

/s/ DANIEL PRESS
Signature of Responsible Party

06/16/2025
Date

DANIEL PRESS
Printed Name of Responsible Party

6718 WHITTIER AVE STE 200
MCLEAN, VA 22101
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)

1

Debtor's Name GLADSTONE A DAINTY     Case No. 13-21911

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $167,069 | $3,506,321 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $167,069 | $3,506,321 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name GLADSTONE A DAINTY                               Case No. 13-21911

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name GLADSTONE A DAINTY                                    Case No. 13-21911

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | | | | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | $0 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

Debtor's Name GLADSTONE A DAINTY                                                                 Case No.  13-21911

|     |        |     |     |     |     |     |     |
| --- | ------ | --- | --- | --- | --- | --- | --- |
|     | vii    |     |     |     |     |     |     |
|     | viii   |     |     |     |     |     |     |
|     | ix     |     |     |     |     |     |     |
|     | x      |     |     |     |     |     |     |
|     | xi     |     |     |     |     |     |     |
|     | xii    |     |     |     |     |     |     |
|     | xiii   |     |     |     |     |     |     |
|     | xiv    |     |     |     |     |     |     |
|     | xv     |     |     |     |     |     |     |
|     | xvi    |     |     |     |     |     |     |
|     | xvii   |     |     |     |     |     |     |
|     | xviii  |     |     |     |     |     |     |
|     | xix    |     |     |     |     |     |     |
|     | xx     |     |     |     |     |     |     |
|     | xxi    |     |     |     |     |     |     |
|     | xxii   |     |     |     |     |     |     |
|     | xxiii  |     |     |     |     |     |     |
|     | xxiv   |     |     |     |     |     |     |
|     | xxv    |     |     |     |     |     |     |
|     | xxvi   |     |     |     |     |     |     |
|     | xxvii  |     |     |     |     |     |     |
|     | xxviii |     |     |     |     |     |     |
|     | xxix   |     |     |     |     |     |     |
|     | xxx    |     |     |     |     |     |     |
|     | xxxi   |     |     |     |     |     |     |
|     | xxxii  |     |     |     |     |     |     |
|     | xxxiii |     |     |     |     |     |     |
|     | xxxiv  |     |     |     |     |     |     |
|     | xxxv   |     |     |     |     |     |     |
|     | xxxvi  |     |     |     |     |     |     |
|     | xxxvii |     |     |     |     |     |     |
|     | xxxvii |     |     |     |     |     |     |
|     | xxxix  |     |     |     |     |     |     |
|     | xl     |     |     |     |     |     |     |
|     | xli    |     |     |     |     |     |     |
|     | xlii   |     |     |     |     |     |     |
|     | xliii  |     |     |     |     |     |     |
|     | xliv   |     |     |     |     |     |     |
|     | xlv    |     |     |     |     |     |     |
|     | xlvi   |     |     |     |     |     |     |
|     | xlvii  |     |     |     |     |     |     |
|     | xlviii |     |     |     |     |     |     |

Debtor's Name GLADSTONE A DAINTY        Case No. 13-21911

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| xlix |  |  |  |  |  |  |
| l |  |  |  |  |  |  |
| li |  |  |  |  |  |  |
| lii |  |  |  |  |  |  |
| liii |  |  |  |  |  |  |
| liv |  |  |  |  |  |  |
| lv |  |  |  |  |  |  |
| lvi |  |  |  |  |  |  |
| lvii |  |  |  |  |  |  |
| lviii |  |  |  |  |  |  |
| lix |  |  |  |  |  |  |
| lx |  |  |  |  |  |  |
| lxi |  |  |  |  |  |  |
| lxii |  |  |  |  |  |  |
| lxiii |  |  |  |  |  |  |
| lxiv |  |  |  |  |  |  |
| lxv |  |  |  |  |  |  |
| lxvi |  |  |  |  |  |  |
| lxvii |  |  |  |  |  |  |
| lxviii |  |  |  |  |  |  |
| lxix |  |  |  |  |  |  |
| lxx |  |  |  |  |  |  |
| lxxi |  |  |  |  |  |  |
| lxxii |  |  |  |  |  |  |
| lxxiii |  |  |  |  |  |  |
| lxxiv |  |  |  |  |  |  |
| lxxv |  |  |  |  |  |  |
| lxxvi |  |  |  |  |  |  |
| lxxvii |  |  |  |  |  |  |
| lxxviii |  |  |  |  |  |  |
| lxxix |  |  |  |  |  |  |
| lxxx |  |  |  |  |  |  |
| lxxxi |  |  |  |  |  |  |
| lxxxii |  |  |  |  |  |  |
| lxxxiii |  |  |  |  |  |  |
| lxxxiv |  |  |  |  |  |  |
| lxxxv |  |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |  |
| lxxxvii |  |  |  |  |  |  |
| lxxxviii |  |  |  |  |  |  |
| lxxxix |  |  |  |  |  |  |
| xc |  |  |  |  |  |  |

Debtor's Name GLADSTONE A DAINTY                                    Case No. 13-21911

|   |        |   |   |   |   |   |
|---|--------|---|---|---|---|---|
|   | xci    |   |   |   |   |   |
|   | xcii   |   |   |   |   |   |
|   | xciii  |   |   |   |   |   |
|   | xciv   |   |   |   |   |   |
|   | xcv    |   |   |   |   |   |
|   | xcvi   |   |   |   |   |   |
|   | xcvii  |   |   |   |   |   |
|   | xcviii |   |   |   |   |   |
|   | xcix   |   |   |   |   |   |
|   | c      |   |   |   |   |   |
|   | ci     |   |   |   |   |   |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

|   | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---:|---:|---:|---:|---:|
| a. Administrative claims | $45,000 | $0 | $40,441 | $45,000 | 90% |
| b. Secured claims | $1,782,270 | $41,400 | $1,509,145 | $1,782,270 | 85% |
| c. Priority claims | $253,245 | $0 | $239,251 | $244,288 | 98% |
| d. General unsecured claims | $15,000 | $0 | $15,000 | $15,000 | 100% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                  Yes ○   No ⦿
   If yes, give date Final Decree was entered: _____
   If no, give date when the application for Final Decree is anticipated:  12/31/2025
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ⦿   No ○

Debtor's Name GLADSTONE A DAINTY                                                                 Case No.  13-21911

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /S/ GLADSTONE DAINTY | GLADSTONE DAINTY |
| Signature of Responsible Party | Printed Name of Responsible Party |
| SELF | 06/10/2025 |
| Title | Date |

Debtor's Name GLADSTONE A DAINTY     Case No. 13-21911



Page 1



Other Page 1



Page 2 Minus Tables



Debtor's Name GLADSTONE A DAINTY     Case No. 13-21911

Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)     9

Debtor's Name GLADSTONE A DAINTY                                                              Case No. 13-21911


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                     10