United States Bankruptcy Court
District of Maryland

In re:                                                                                          Case No. 13-21911-LSS

Gladstone A Dainty                                                                    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2025 | Form ID: ntcastin | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Gladstone A Dainty, 17551 Eleanor Ln, Upper Marlboro, MD 20774-8926 |
| cr | + | Branch Banking and Trust Company, c/o Richard A. DuBose, III, Gebhardt & Smith LLP, One South Street, Suite 2200 Baltimore, MD 21202-3343 |
| cr | + | EagleBank, c/o Michael J. Lichtenstein, Esquire, Shulman, Rogers, Gandal, Pordy & Ecker, 12505 Park Potomac Ave., 6th Floor, Potomac, MD 20854-6803 |
| cr | + | Fairmont 1005 Condominium Association, c/o: Cameron Mericle, P.A., 7600 Hanover Parkway, Suite 202, Greenbelt, MD 20770-2097 |
| cr | + | HSBC Bank USA, National Association as Trustee for, Rosenberg & Associates, LLC., 7910 Woodmont Avenue, Suite 750, Bethesda, MD 20814-7071 |
| cr | + | OSK II, LLC, 4121 W. 50th Street, Edina, MN 55424-1206 |
| cr | + | SummitBridge National Investments III, LLC, c/o J. Patrick Gill, Law Offices of Shannon J. Posner, P.A., 909 Ridgebrook Road, Suite 208 Sparks, MD 21152-9476 |
| cr | + | The Bank of New York Mellon, as Trustee for CIT Mo, c/o Law Offices of Jeffrey Nadel, 4041 Powder Mill Road, Suite 415, Calverton, MD 20705-3109 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | | |
| | | | Oct 20 2025 19:29:00 | Bank of America, N.A., c/o Prober & Raphael, A Law Corporation, 20750 Ventura Blvd., Suite 100, Woodland Hills, CA 91364 |
| cr | ^ | MEBN | | |
| | | | Oct 20 2025 19:28:09 | Citibank, N.A. as Trustee for WaMu Asset-Backed Ce, c/o McCabe, Weisberg & Conway, LLC, 312 Marshall Avenue, Suite 800, Laurel, MD 20707-4808 |
| cr | + | Email/Text: bankruptcy@bww-law.com | | |
| | | | Oct 20 2025 19:30:00 | J.P. Morgan Chase Mortgage Acquisition Corp. c/o R, c/o BWW Law Group, LLC, 6003 Executive Blvd, Suite 101, Rockville, MD 20852-3813 |
| cr | | Email/Text: bdept@mrrlaw.net | | |
| | | | Oct 20 2025 19:29:00 | Prince Georges County Maryland, Meyers Rodbell & Rosenbaum, PA, c/o M. Evan Meyers, Berkshire Building, 6801 Kenilworth Avenue, Ste. 400, Riverdale, MD 20737-1385 |
| cr | + | Email/Text: bdept@mrrlaw.net | | |
| | | | Oct 20 2025 19:29:00 | Prince Georges County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Suite 400, Riverdale Park, MD 20737-1331 |
| cr | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Oct 20 2025 19:30:00 | Select Portfolio Servicing, Inc, 3815 South West Temple, Salt Lake City, UT 84115 |
| cr | + | Email/Text: RASEBN@raslg.com | | |
| | | | Oct 20 2025 19:29:00 | Wells Fargo Bank, Covahey, Boozer, Devan & Dore, P.A., 11350 McCormick Road, Executive Plaza III, Suite 200, Hunt Valley, MD 21031-1002 |
| cr | + | Email/Text: RASEBN@raslg.com | | |
| | | | Oct 20 2025 19:29:00 | Wells Fargo Bank, NA, Alba Law Group, P.A., c/o Brian McNair, 11350 McCormick Road, Executive Plaza III, Suite 200, Hunt Valley, MD 21031-1002 |

District/off: 0416-0
User: admin
Page 2 of 3

Date Rcvd: Oct 20, 2025
Form ID: ntcastin
Total Noticed: 16

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Veripro Solutions,Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Carl Lazerow | Alan.Lazerow@usdoj.gov  Colleen.Nardi@usdoj.gov |
| Angela Tonello | angela.m.tonello@gmail.com  logsecf@logs.com |
| Brent C. Strickland | bstrickland@whitefordlaw.com  mbaum@whitefordlaw.com,brent-strickland-3227@ecf.pacerpro.com |
| Brett Weiss | brett@bankruptcylawmaryland.com  brettecf@gmail.com,TheWeissLawGroup@jubileebk.net,deb@BankruptcyLawMaryland.com |
| Brian S. McNair | bankruptcy@albalawgroup.com |
| Chaitanya Gopal | cgopal@raslg.com |
| Christopher Magette | cmagette@gfrlaw.com |
| Daniel M. Press | dpress@chung-press.com  pressdm@gmail.com,danpress@recap.email |
| John Patrick Gill | jpg@shapirosher.com  msw@shapirosher.com |
| Joshua Welborn | bankruptcymd@mwc-law.com  ftr432@aol.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| M. Evan Meyers | bdept@mrrlaw.net |
| Mark David Meyer | bankruptcy@rosenberg-assoc.com |
| Michael J. Lichtenstein | |

District/off: 0416-0                    User: admin                                    Page 3 of 3
Date Rcvd: Oct 20, 2025               Form ID: ntcastin                             Total Noticed: 16

                                      mjl@shulmanrogers.com  tlockwood@shulmanrogers.com,nlawal@shulmanrogers.com
Michael T. Cantrell
                                      bankruptcymd@mwc-law.com  bankruptcymd@ecf.inforuptcy.com
Nikita Rajendra Joshi
                                      Nikita.Joshi@bww-law.com  bankruptcy@bww-law.com
Paul J Moran
                                      ANHSOrlans@InfoEx.com  ecfaccount@orlans.com
Richard A. DuBose
                                      rdubo@gebsmith.com
Scott Elliot Nadel
                                      scottnadel@lojnlaw.com  jeff@lojnlaw.com
Shannon Jacob Posner
                                      sjposner@posner-law.com
US Trustee - Greenbelt
                                      USTPRegion04.GB.ECF@USDOJ.GOV


TOTAL: 21

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **13–21911 – LSS**   Chapter: **11**

**Gladstone A Dainty**
Debtor

## NOTICE TO INDIVIDUAL WHOSE ATTORNEY
## IS NO LONGER INVOLVED IN THIS CASE

PLEASE TAKE NOTICE:

Counsel Brian S. McNair for party Wells Fargo Bank and Wells Fargo Bank, NA in the above–captioned case is no longer involved in this case because the attorney has been inactivated by the United States District Court for the District of Maryland for failure to renew their membership and therefore may not appear as counsel in this Court pursuant to LBR 9010–3.

You are hereby notified that unless new counsel enters an appearance on your behalf within fourteen (14) days from the date of this Notice, all proceedings before this Court in which you are a party shall be treated as being conducted by you on your own behalf, without counsel, until and unless the appearance of new counsel is entered. During such time that you are self–represented, you must sign personally all papers presented to the Clerk for filing, and all papers must also bear your printed name, address, and telephone number. You also shall file with the Clerk a statement of your telephone number and the address where notices can be served upon you, unless you are the Debtor and your address remains the same as shown on the petition.

Pursuant to Local Bankruptcy Rule 9010–1(b), if you are a self–represented individual, you are responsible for performing all duties imposed on counsel by the Bankruptcy Code, the Federal Bankruptcy Rules, the Local Bankruptcy Rules, and applicable federal or state law. The Code and Rules may be available at public libraries. The Local Bankruptcy Rules are available on the Court's website at www.mdb.uscourts.gov.

Dated: 10/20/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Janine Hutchinson
Team Phone: 301–344–3964

Form ntcastin