## UNITED STATES BANKRUPTCY COURT

DISTRICT OF    MARYLAND

&lt;Enter Division name if applicable, else delete this text&gt;

In re: GLADSTONE A DAINTY § § § §   Case No. 13-21911

Debtor(s)    ☐ Jointly Administered

# Post-confirmation Report                                                                                            Chapter 11

Quarter Ending Date: 09/30/2025         Petition Date: 07/12/2013

Plan Confirmed Date: 07/07/2015         Plan Effective Date: 07/22/2015

This Post-confirmation Report relates to:   ⦿ Reorganized Debtor

○ Other Authorized Party or Entity:  GLADSTONE A DAINTY
                                     Name of Authorized Party or Entity

/s/ DANIEL PRESS                          DANIEL PRESS
Signature of Responsible Party             Printed Name of Responsible Party

11/03/2025
Date

                                          6718 WHITTIER AVE STE 200
                                          MCLEAN ,VA 22101
                                          Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)                           1

Debtor's Name GLADSTONE A DAINTY        Case No.  13-21911

## Part 1: Summary of Post-confirmation Transfers

|   | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $234,190 | $4,006,004 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $234,190 | $4,006,004 |

## Part 2: Preconfirmation Professional Fees and Expenses

| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | *Aggregate Total* | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
|  | *Itemized Breakdown by Firm* | | | | | |
|  | Firm Name | Role | | | | |
| i |  |  |  |  |  |  |
| ii |  |  |  |  |  |  |
| iii |  |  |  |  |  |  |
| iv |  |  |  |  |  |  |
| v |  |  |  |  |  |  |
| vi |  |  |  |  |  |  |
| vii |  |  |  |  |  |  |
| viii |  |  |  |  |  |  |
| ix |  |  |  |  |  |  |
| x |  |  |  |  |  |  |
| xi |  |  |  |  |  |  |
| xii |  |  |  |  |  |  |
| xiii |  |  |  |  |  |  |
| xiv |  |  |  |  |  |  |
| xv |  |  |  |  |  |  |
| xvi |  |  |  |  |  |  |
| xvii |  |  |  |  |  |  |
| xviii |  |  |  |  |  |  |
| xix |  |  |  |  |  |  |
| xx |  |  |  |  |  |  |
| xxi |  |  |  |  |  |  |
| xxii |  |  |  |  |  |  |
| xxiii |  |  |  |  |  |  |
| xxiv |  |  |  |  |  |  |
| xxv |  |  |  |  |  |  |
| xxvi |  |  |  |  |  |  |
| xxvii |  |  |  |  |  |  |
| xxviii |  |  |  |  |  |  |
| xxix |  |  |  |  |  |  |

Debtor's Name GLADSTONE A DAINTY                                      Case No.  13-21911

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name GLADSTONE A DAINTY    Case No. 13-21911

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvii | | | | | |
| | lxxxvii | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | | | | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | $0 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

UST Form 11-PCR (12/01/2021)    4

Debtor's Name GLADSTONE A DAINTY    Case No. 13-21911

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| vii |   |   |   |   |   |   |
| viii |   |   |   |   |   |   |
| ix |   |   |   |   |   |   |
| x |   |   |   |   |   |   |
| xi |   |   |   |   |   |   |
| xii |   |   |   |   |   |   |
| xiii |   |   |   |   |   |   |
| xiv |   |   |   |   |   |   |
| xv |   |   |   |   |   |   |
| xvi |   |   |   |   |   |   |
| xvii |   |   |   |   |   |   |
| xviii |   |   |   |   |   |   |
| xix |   |   |   |   |   |   |
| xx |   |   |   |   |   |   |
| xxi |   |   |   |   |   |   |
| xxii |   |   |   |   |   |   |
| xxiii |   |   |   |   |   |   |
| xxiv |   |   |   |   |   |   |
| xxv |   |   |   |   |   |   |
| xxvi |   |   |   |   |   |   |
| xxvii |   |   |   |   |   |   |
| xxviii |   |   |   |   |   |   |
| xxix |   |   |   |   |   |   |
| xxx |   |   |   |   |   |   |
| xxxi |   |   |   |   |   |   |
| xxxii |   |   |   |   |   |   |
| xxxiii |   |   |   |   |   |   |
| xxxiv |   |   |   |   |   |   |
| xxxv |   |   |   |   |   |   |
| xxxvi |   |   |   |   |   |   |
| xxxvii |   |   |   |   |   |   |
| xxxviii |   |   |   |   |   |   |
| xxxix |   |   |   |   |   |   |
| xl |   |   |   |   |   |   |
| xli |   |   |   |   |   |   |
| xlii |   |   |   |   |   |   |
| xliii |   |   |   |   |   |   |
| xliv |   |   |   |   |   |   |
| xlv |   |   |   |   |   |   |
| xlvi |   |   |   |   |   |   |
| xlvii |   |   |   |   |   |   |
| xlviii |   |   |   |   |   |   |

Debtor's Name GLADSTONE A DAINTY                                           Case No.  13-21911

|     |          |     |     |     |     |     |
| --- | -------- | --- | --- | --- | --- | --- |
|     | xlix     |     |     |     |     |     |
|     | l        |     |     |     |     |     |
|     | li       |     |     |     |     |     |
|     | lii      |     |     |     |     |     |
|     | liii     |     |     |     |     |     |
|     | liv      |     |     |     |     |     |
|     | lv       |     |     |     |     |     |
|     | lvi      |     |     |     |     |     |
|     | lvii     |     |     |     |     |     |
|     | lviii    |     |     |     |     |     |
|     | lix      |     |     |     |     |     |
|     | lx       |     |     |     |     |     |
|     | lxi      |     |     |     |     |     |
|     | lxii     |     |     |     |     |     |
|     | lxiii    |     |     |     |     |     |
|     | lxiv     |     |     |     |     |     |
|     | lxv      |     |     |     |     |     |
|     | lxvi     |     |     |     |     |     |
|     | lxvii    |     |     |     |     |     |
|     | lxviii   |     |     |     |     |     |
|     | lxix     |     |     |     |     |     |
|     | lxx      |     |     |     |     |     |
|     | lxxi     |     |     |     |     |     |
|     | lxxii    |     |     |     |     |     |
|     | lxxiii   |     |     |     |     |     |
|     | lxxiv    |     |     |     |     |     |
|     | lxxv     |     |     |     |     |     |
|     | lxxvi    |     |     |     |     |     |
|     | lxxvii   |     |     |     |     |     |
|     | lxxviii  |     |     |     |     |     |
|     | lxxix    |     |     |     |     |     |
|     | lxxx     |     |     |     |     |     |
|     | lxxxi    |     |     |     |     |     |
|     | lxxxii   |     |     |     |     |     |
|     | lxxxiii  |     |     |     |     |     |
|     | lxxxiv   |     |     |     |     |     |
|     | lxxxv    |     |     |     |     |     |
|     | lxxxvi   |     |     |     |     |     |
|     | lxxxvii  |     |     |     |     |     |
|     | lxxxviii |     |     |     |     |     |
|     | lxxxix   |     |     |     |     |     |
|     | xc       |     |     |     |     |     |

Debtor's Name GLADSTONE A DAINTY                              Case No. 13-21911

|   | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $45,000 | $1,062 | $42,103 | $45,000 | 94% |
| b. Secured claims | $1,782,270 | $59,206 | $1,640,051 | $1,782,270 | 92% |
| c. Priority claims | $253,245 | $0 | $239,251 | $244,288 | 98% |
| d. General unsecured claims | $15,000 | $0 | $15,000 | $15,000 | 100% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                      Yes ○   No ●

   If yes, give date Final Decree was entered: _____

   If no, give date when the application for Final Decree is anticipated: 12/31/2025

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ●   No ○

Debtor's Name GLADSTONE A DAINTY                                                              Case No.  13-21911

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan.  Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/S/ GLADSTONE DAINTY                                                          GLADSTONE DAINTY
Signature of Responsible Party                                                 Printed Name of Responsible Party

SELF                                                                           11/03/2025
Title                                                                          Date

Debtor's Name GLADSTONE A DAINTY																						Case No.   13-21911


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)                                       9

Debtor's Name GLADSTONE A DAINTY                                        Case No.  13-21911



Bankruptcy Table 51-100



Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                   10