**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

-------------------------------------------------------------X
In re:                                                                :          **Chapter 11**
                                                                        :
Gladstone Dainty                                              :          **Case No.  13-21911**
                        Debtor.                                :
                                                                        :
-------------------------------------------------------------X


## NOTICE OF CHANGE OF COUNSEL'S  ADDRESS


Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

        Dated: August 14, 2026.


                                          /s/ Daniel M. Press
                                        Daniel M. Press, #07300
                                        Law Offices of Daniel M. Press
                                        201 Washington St.
                                        Cumberland MD 21502
                                        (703) 725-7600
                                        dan@danpress.us

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee and all parties requesting notice by CM/ECF, as follows:

Michael T. Cantrell bankruptcymd@mwc-law.com, bankruptcymd@ecf.inforuptcy.com

Richard A. DuBose rdubo@gebsmith.com

John Patrick Gill jpg@shapirosher.com, msw@shapirosher.com

Chaitanya Gopal cgopal@raslg.com

Nikita Rajendra Joshi bkecfinbox@aldridgepite.com, njoshi@ecf.courtdrive.com

Alan Carl Lazerow Alan.Lazerow@usdoj.gov, Colleen.Nardi@usdoj.gov

Michael J. Lichtenstein mjl@shulmanrogers.com, tlockwood@shulmanrogers.com, nlawal@shulmanrogers.com

Christopher Magette cmagette@gfrlaw.com

Mark David Meyer bankruptcy@rosenberg-assoc.com

M. Evan Meyers bdept@mrrlaw.net

Paul J Moran ANHSOrlans@InfoEx.com, ecfaccount@orlans.com

Scott Elliot Nadel scottnadel@lojnlaw.com, jeff@lojnlaw.com

Shannon Jacob Posner sjposner@posner-law.com

L. Jeanette Rice Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV

Brent C. Strickland bstrickland@whitefordlaw.com,
mbaum@whitefordlaw.com,
brent-strickland-3227@ecf.pacerpro.com

Angela Tonello angela.m.tonello@gmail.com,
logsecf@logs.com

US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV

Brett Weiss brett@bankruptcylawmaryland.com,
brettecf@gmail.com,
TheWeissLawGroup@jubileebk.net,
deb@BankruptcyLawMaryland.com

Joshua Welborn bankruptcymd@mwc-law.com,
ftr432@aol.com

                                                    _/s/ Daniel M. Press_____
                                                    Daniel M. Press

3